**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1416**
_____

CHRISTINE F. RADELINE,

              Plaintiff - Appellant,

         v.

MARTIN J. GRUENBERG, Chairman, Federal Deposit Insurance
Corp.,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:15-cv-00957-CMH-JFA)

_____

Submitted:  November 30, 2016      Decided:  December 16, 2016

_____

Before GREGORY, Chief Judge,  and MOTZ and TRAXLER, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ellen K. Renaud, SWICK & SHAPIRO, P.C., Washington, D.C., for
Appellant.  Colleen J. Boles, Assistant General Counsel, Kathryn
R. Norcross, Senior Counsel, Michelle Ognibene, Counsel, FEDERAL
DEPOSIT  INSURANCE  CORPORATION,  Arlington,  Virginia,  for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christine F. Radeline appeals the district court's order granting summary judgment in favor of her employer in Radeline's civil action alleging sex discrimination under Title VII of the Civil Rights of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Radeline v. Gruenberg</u>, No. 1:15-cv-00957-CMH-JFA (E.D. Va. filed Mar. 28, 2016 & entered Mar. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>